IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICO BILLINGS,
    Plaintiff,

vs.                                    Case No.: 3:11cv598/RV/EMT

SCOTT A. MIDDLEBROOKS, et al.,
    Defendants.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 9, 2012 (doc. 10).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

       Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.    Plaintiff's notice of voluntary dismissal (doc. 9) is **GRANTED** and this case is **DISMISSED without prejudice**.

       **DONE AND ORDERED** this 10th day of April, 2012.

                                        <u>/s/ *Roger Vinson*</u>
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**